IN the 6th Western Division Federal District Court, Grand Rapids michigan

FILED - GR
September 28, 2026 12:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: Jm / 9/28

Honorable

Ca

1:26-cv-2711
Sally Berens -Magistrate Judge

JOHN LEE CARTER
Plaintiff, Prose

V

State of Michigan Defendant(s)
Dana Nessel Attorney General Defendant(s),
Michigan State Police Dept. Defendant(s)
Michigan Court of Appeals And Supreme Court Judge(s) Defendant(s),
Michigan Dept of Corrections Defendant(s)
Gladwin County Judges And Prosecutors, County Defendants
Any and all other Defendant(s) Listed within State Court Public Records Defendants

42 USC 1983

Issues Proven Beyond Any Doubt against the Known Defendants And unknown Defendants Are the Following But is in no way Limited too;

(1) Fraud on the State, Federal Courts

(2) manufacturing a Victim to illegal prosecute And Imprison An Actual Innocent Plaintiff one John Lee Carter

(2) False Police Reports,

(3) Fabricated Evidence,

(4) Perjury,

(5) Deliberate in Difference, Cruel And unusual punishment,

(6) Abuse of Power, And Process,

(7) A Fundamental miscarriage of Justice,

(8) obstruction of Justice,

(9) Actual Malicious Malice,

(10) Gross Negligence,

(11) etc And So Forth

In the Name of God, the most Gracious, the most Merciful, the most Righteous of Judges,

Now Comes the Above Name Plaintiff Before this Honorable Court with this petition to Recover Damages For Serious Injuries Caused to him by the Above Named Defendant(s) who have Knowingly And Intentionally, Willfully, And wantonly in Reckless Disregard of the Plaintiffs Constitutional Rights And the Rule of Law Standards Committed Fraud on the Courts to Illegal prosecute And illegal Imprison the Plaintiff.

This matter of Law Calls on this Honorable Court Constitutional Authority to Award this Plaintiff Damages For the Serious Injuries Caused to the Plaintiffs Liberty And Property Interests by the Defendants And there Fraud on the Courts.

Public Records "I.E. State Court Records" Prove Beyond Any Doubt the Defendants Reckless DisRegard For Justice, And the Rule of Law.

There Willful And Wanton Deliberate indifference Caused a Fundamental MisCarriage of Justice to take Place, And Illegal Imprisoned the Plaintiff For 18 years of his Life. As Public Records prove beyond Any Doubt, Plaintiff Filed a Federal 60 D, (3) motion with this Honorable Court Back in July 2026.

The Plaintiff now Seeks Recovery of Damages against All Listed Defendant(s) And the State of Michigan who All have Waived Any And All Forms of Tort Immunities by the Fraud on the Courts misconduct. As Well as the Countless other Constitutional Rights Violations to this Plaintiff.

The Defendants As a whole Are guilty of Blatant misuse of Power, Process etc And So Forth;

As Napue v ILL Said "A lie is a lie"

As In Re Oliver Said "A Charge most be Fairly made And Fairly Treated",

Chambers v Florida "Tryannical Forms of Justice Can Not be allowed to Stand"

And as God has Said "Justice most Serve All Both the poor And the Rich, And it most be Fair to All;"

The Plaintiff able to seek Justice is Duly Protected by The First Amendment Right;

And as such as US Supreme Court precedents And Congress Authorities Both make it Very Plain And Clear Fraud on the Federal Courts And State Courts Waives Any And All Forms of Tort Immunities From all Defendants And makes the State of michigan Solely

Responsible For its officials, offices, employees Actions.

The PlainTiFF Seeks the Following in Damages From the Defendants;

(1) Recovery of his CDL A Driver Lic.

(2) 5,000,000 million Dollars in lost wages

(3) $ 100,000 thousand Dollars a Day Every Day he was illegal Prosecuted And Imprisoned Starting in 1999 thru 2009 And 2014 thru 2022:

(4) $ 200,000 Thousand Dollars A Day For his Child For her mental and physical Injuries Starting From 2014 thru 2022

(5) $ 25 million Dollars For the lose of his Father And Grand Father while PlainTiFF was Illegal Imprisoned who Died in 2017

(6) 20 million Dollars For lost time with his mother And Grandmother who Died in 2023

(7) 20 million Dollars For lost time with his Brothers And Sister And there Children

(8) 10 million Dollars For lost property

(9) 10 million Dollars For Attorney Fee's, Court Cost, Appeals, etc.

(10) 1 million Dollars For money spend while Plaintiff was illegal Imprisoned For 18 years

(11) 100 million Dollars For pain And Suffering

(12) 100 million Dollars For Child's pain And Suffering

(13) Lifetime medical Coverage For Daughter And Plaintiff

(14) Immunity From Prosecution by the State of Michigan

The Plaintiff Respectfully Requests this Honorable Court to Also Add Fines, Fee, And Court Cost Lawyer Fee's etc to the Defendants.

Plaintiff Humble Requests Legal Counsel to Aid him Here. For it is beyond Doubt that if

these Violations And Criminal Misconduct Where placed Before a jury, They would Absolutely Award the Largest Civil Rights Damages in History to this Plaintiff when Public Records shows Defendants Knew of this Fraud on the Courts, And Simply Choice to Violate the Justice System And the Rule of Law Standards:

Just to punish the Plaintiff And his Family. A Clear And Plain Fundamental miscarriage of Justice was allowed to take Place by these Defendants Just to punish An Actual Innocent person the Plaintiff. No Amount of want or money can pay this Plaintiff And his Family Back For the Defendants Criminal mischief. But Plaintiff Truly Believes what he has Requested will make it Known And Very Clear that this Honorable Court And our Society will NOT allow this type of Criminal

Conduct to take Place again, And that our Justice system is NOT to be used as a personal Toy by those in power in the State of michigan:

Respectfully Submitted by Plaintiff John Lee Carter ______________________, on Date ________, 2026

I Duly Swear that Everything in this Petition is the truth So help me God, And that the State of michigan was Duly Served on Date ______________, 2026 to the State's Attorney Generals office:

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

Tampa/St. Pete FL 336

WED 23 SEP 2026 PM

lerk office

w St NW

ids, Michigan

Originated from the Sumter County Jail

Sumter County Jail

Originated from the Sumter County Jail

John Lee Carter
219 Anderson Ave
Boshwell Florida
33513

Att Court C
110 Michig
grand Rap
49503

Originated from th

Legal mail 9-18-2026